

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-30-2005

# Mahmood v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-3760

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Mahmood v. Atty Gen USA" (2005). *2005 Decisions.* Paper 176.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/176

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-3760

SYED MAHMOOD,

Petitioner

v.

*ALBERTO R. GONZALES, Attorney General
of the United States,

Respondent

*Substituted pursuant to Rule 43c, F.R.A.P.

On Appeal from an Order entered before
The Board of Immigration Appeals
(No. A 70-891-107)

Argued September 15, 2004

Before: ALITO, AMBRO and FISHER, Circuit Judges

(Opinion filed October 27, 2005)

Robert Frank, Esquire (Argued)
Suite 1304
60 Park Place
Newark, NJ   07102

    Attorney for Petitioner

Peter D. Keisler
    Assistant Attorney General, Civil Division
Barry J. Pettinato
    Senior Litigation Counsel
David V. Bernal, Esquire
Douglas E. Ginsburg, Esquire
John D. Williams, Esquire
William M. Martin, Esquire (Argued)
United States Department of Justice
Office of Immigration
Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044

        Attorneys for Respondent

## <u>ORDER  AMENDING  PUBLISHED  OPINION</u>

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the published Opinion in the above case filed October 27, 2005, be amended as follows:

        On page 7, footnote 3, line 3, insert "No." after "Pub. L." and before "109-13," .

        On page 7, line 5, remove the word "the" after "that" and before "Mahmood's".

        On page 7, last line of the second paragraph, add an "s" at the end of the word "motion", so the phrase reads "deadline for motions to reopen".

        On page 8, line 8, add an "s" at the end of the word "motion", so the phrase reads "time limit for motions to reopen".

                                By the Court,


                                <u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated: November 30, 2005